UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JARED MICHAEL HANNER,

    Defendant.

_____/

Case No. 1:23-cr-115-01

HONORABLE PAUL L. MALONEY

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 94).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count Two and Eight of the Superseding Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  July 16, 2024

    /s/ Paul L. Maloney_____
Paul L. Maloney
United States District Judge